UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21188-CIV-KING

ERNEST HEFLIN,

    Plaintiff,

v.

MIAMI-DADE COUNTY, a Florida Political
Subdivision; EDUARDO PARES, LUIS
CORREA, JR., RODERICK SILVA, JOHN
DOE, PAMELA JACKSON, and ROBERT
PARKER, individually

    Defendants.
_____/

## ORDER GRANTING MOTIONS TO DISMISS

THIS CAUSE comes before the Court upon the Defendants' Motions to Dismiss (D.E. #22, #23), filed September 23, 2009. The Court has likewise reviewed the Plaintiff's Response to the Motions to Dismiss (D.E. #24), filed October 13, 2009, and Defendants' Replies in Support of their Motions to Dismiss (D.E. #25, #26), filed October 22, 2009.

On May 1, 2009, Plaintiff filed its Complaint in the above-styled case. The Court dismissed the same without prejudice on July 30, 2009 (D.E. #16), because Plaintiff failed to plead sufficient facts to support its claims. In the Court's order, the Court

explained "[i]n cases such as the above-styled action, where a plaintiff files a claim under 42 U.S.C § 1983 against government officials, he must satisfy a heightened pleading standard above that which would otherwise be sufficient" (D.E. #16). The Court's Order goes on to state that Plaintiff omitted relevant facts, including, *but not limited to*, more detailed information regarding the telephone call made to the police (Compl. ¶ 18), the parties involved in the underlying dispute that led to the telephone call (Compl. ¶ 18), and the various interactions between Plaintiff, Defendants, and any other parties present. (Compl. ¶¶ 19-24).

On September 9, 2009 Plaintiff filed its Amended Complaint (D.E. #21). A review of Plaintiff's Amended Complaint shows that Plaintiff has again failed to plead sufficient facts to state a cause of action. After a careful review of Plaintiff's Amended Complaint, it appears that Plaintiff added only three sentences, to one of the seven counts in Plaintiff's Amended Complaint. The rest of the Amended Complaint remains identical to Plaintiff's Complaint. This is insufficient to comply with the Court's Order to assert facts that state a cause of action. As filed Plaintiff's Amended Complaint does not state a cause of action upon which relief can be granted. Having already been given the opportunity to amend its Complaint, Plaintiff's Amended Complaint is **DISMISSED** with prejudice.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that Defendants' Motions to Dismiss (D.E. #22, #23) be, and the same are, hereby **GRANTED** with prejudice. All pending motions are **DENIED**

as **MOOT**. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 5th day of November, 2009.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   **Clerk of Court**

   *Counsel for Plaintiff*
   **Jeffrey Alan Norkin**
   2901 NW 126th Street
   Suite 2-209
   Sunrise, FL 33323

   *Counsel for Defendants*
   **Bernard Pastor**
   **Michael Brian Nadler**
   Miami-Dade County Attorney's Office
   111 NW 1st Street
   Suite 2810
   Miami, FL 33128